IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 05 83ML |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A) & (C) |
| JOHN BARNES | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about May 13, 2005, in the District of Rhode Island, the defendant, JOHN BARNES, did knowingly and intentionally possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A).

COUNT 2

On or about May 13, 2005, in the District of Rhode Island, the defendant, JOHN BARNES, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 7-6-05