**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-83ML** **DATE: July 11, 2005**

**TITLE: USA v. John Barnes**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Stephanie Browne, AUSA
David Cooper, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Deft pleads not guilty.
Arraignment order entered.
Attys argue bail/dtn.
Deft held at ACI.
Deft remanded to custody.