AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

John Barnes

APPEARANCE

CASE NUMBER: CR 05-83 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John Barnes

I certify that I am admitted to practice in this court.

7-11-05

*Date*

David A. Cooper

*Signature*

David A. Cooper

*Print Name* *Bar Number*

127 Dorrance St Prov RI

*Address*

02903

*City* *State* *Zip Code*

401-273-1880 401-331-2336

*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.