**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. NO. 05-083ML** |
| **v.** | ) | |
| | ) | |
| **JOHN BARNES** | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS**

The Defendant, John Barnes, through the undersigned counsel, hereby respectfully requests an extension of time within which to file Motions to Suppress Evidence, Franks Hearing Motion to examine and exclude prior convicts and any other Motion deemed necessary. This request is based on the fact that counsel has recently had an evidence viewing and needs additional time to review the documents with the defendant. Counsel had received the documents on August 12, 2005. Accordingly, counsel respectfully requests an additional ten (10) days in order to file the necessary motions. Undersigned counsel certifies that counsel for the Government, Mary Rogers, has stated that she does not object to the instant motion.

Respectfully submitted,
John Barnes
By his Attorney

David A. Cooper

David A. Cooper, Esq.
127 Dorrance St., 2nd Flr.
Providence, RI 02903
(401) 273-1880 phone

I hereby certify I mailed a true and accurate copy of the within motion on the 16th day of August, 2005 to Mary Rogers, Assistant U.S. Attorney, United States Attorney District of Rhode Island, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903 and U.S. District Court, 1 Exchange Terrace, Providence, RI 02903.