IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO.: 05-083ML |
| | : | |
| JOHN BARNES | : | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION**

The Defendant, John Barnes, through the undersigned counsel, hereby respectfully requests one (1) additional extension of time within which to file the defendant's Motion to Suppress Evidence, *Franks* Hearing Motion and such other Motions as counsel may deem appropriate, including but not limited to Motions to Examine and Exclude Prior Convictions of this defendant, for purposes of trial and/or sentencing thereafter, as counsel may determine the same to be necessary. This request is based on the fact that counsel has recently had an evidence viewing and further contemplates that additional motions may thereafter be required, although the two (2) former motions have been prepared. Further, counsel needs additional time to review the documents with defendant. Accordingly, counsel respectfully requests an additional ten (10) days in order to file the necessary motions.

Respectfully Submitted,
John Barnes
By Attorney,

David A. Cooper, Esquire
127 Dorrance Street, 2nd Floor
Providence, RI 02903
Office (401) 273-1880
Fax (401) 331-2336
Date Aug 24, 2005

## CERTIFICATION

I hereby certify that on this the 24th day of August, 2005, I served a true and correct copy of the within Motion upon Mary E. Rogers, Esquire (AUSA) at her office located at the Office of the United States Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903, by regular mail, postage prepaid.

Barnes.Sec.Mot.Enlg.Time.doc