UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. :
: C.R. NO.: 05-83 ML
JOHN BARNES :

**DEFENDANT'S MOTION FOR A *FRANKS HEARING***

NOW COMES the defendant, John Barnes, by and through counsel and move this Honorable Court for the conduct of a hearing, pursuant to the decision of the United States Supreme Court in *Franks v. Delaware*, 438 U.S. 154 (1978).

In support whereof, the defendant incorporates by reference the arguments set forth in the accompanying Memorandum.

Defendant,
John Barnes,
By his Attorney,

David A. Cooper

David A. Cooper, Esquire
R.I. Reg. No.: 1981
127 Dorrance Street
Providence, RI 02903
(401) 273-1880

**CERTIFICATION**

I hereby certify that on this the 27th day of ~~July~~ Aug, 2005, I served a true and correct copy of the within Motion upon Mary E. Rogers, Esquire, (AUSA), Office of the United States Attorney, 50 Fleet Center, Eighth Floor, Providence, RI 02903, by regular mail, postage prepaid.

David A. Cooper

Barnes.Franks.Hearing.doc