**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V. :** | | **CR. NO. 05-083ML** |
| | : | |
| **JOHN BARNES** | : | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF BAIL**

NOW comes the Defendant, John Barnes, by and through counsel, and hereby moves this Honorable Court for reconsideration of bail. A Memorandum of Law in support of this Motion is attached.

Respectfully submitted,
John Barnes
By his Attorney,

David A. Cooper, Esq. #1981
The Masonic Temple Building
127 Dorrance Street, 2nd Flr
Providence, RI 02903
Tel: 401-273-1880
Fax: 401-331-2336

**CERTIFICATION**

I, the undersigned, hereby certify I mailed a true and accurate copy of the within motion on the 5th day of August, 2005 to Mary E. Rogers, Assistant US Attorney, Office of the United States Attorney, 50 Fleet Center 8th Fl, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V. :** | | **CR. NO. 05-083ML** |
| | : | |
| **JOHN BARNES** | : | |

**MEMORANDUM IN SUPPORT DEFENDANT'S MOTION FOR RECONSIDERATION OF BAIL**

NOW comes the Defendant, John Barnes, by and through Counsel, and hereby submits the following Memorandum in support of his Motion for Reconsideration of Bail.

**FACTS AND TRAVEL**

On July 11, 2005, the Defendant appeared before United States Magistrate Judge Lincoln D. Almond for determination of bail. There was an Order of Detention pending trial issued by US Magistrate Judge Lincoln D. Almond on July 11, 2005, indicating that the Defendant should be held without bail because there was probable cause to believe, the Defendant has committed an offense for which the maximum term of imprisonment of 10 years or more is prescribed in 21U.S.C. § 841(a)(1), (b)(1)(A) & (b)(1)(C). The Court further found that the Defendant has not rebutted a presumption established by a finding that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community. The Defendant was arraigned on the indictment on July 11, 2005, entered a not guilty plea and was ordered further detained.

The Defendant moves this Court for Reconsideration of Bail based on the fact that his mother and his aunt Lillian Barnes are prepared to post two pieces of real estate with

equitable interest that exceeds one hundred thousand dollars ($100,000.00). There was a pretrial conference and a proposed plea agreement has been forwarded to the Defense Counsel that is being reviewed by the Defendant. The Defendant requests that this Court set bail and any combination of conditions to insure his appearance, including reporting to the Probation Department once a week and making daily phone calls pending the disposition of his case. The Defendant has several children, which he would like to spend time with prior to the either change of plea being entered or the Defendant electing to go to trial.

The Defendant has strong roots in the community, his mother and father, as well as other relatives all residing in Rhode Island and the Defendant has not lived outside of the state for any period of time. Although the Defendant does have a prior record, the Defendant maintains that he will appear for trial and/or change of plea and he wants time to spend with his children before having to make a decision as to whether or not he is going to accept the plea agreement that was offered. This matter is scheduled to be reached for trial sometime in the month of September 2005, or soon thereafter, and the Defendant would greatly appreciate the Court honoring his request.

WHEREFORE, the Defendant prays this Court grant his Motion for Reconsideration of Bail and set a combination of conditions, including allowing his mother and aunt to post real estate to insure his appearance as well as set additional conditions the Court deems just.

Defendant,
John Barnes
By his Attorney,

David A. Cooper, Esq. #1981
The Masonic Temple Building
127 Dorrance Street, 2nd Flr
Providence, RI 02903
Tel: 401-273-1880
Fax: 401-331-2336

**CERTIFICATION**

I, the undersigned, hereby certify that on this 31st day of ~~September~~ Aug, 2005, I mailed a true and accurate copy of the within Motion upon Mary E. Rogers, Assistant US Attorney, Office of the United States Attorney, 50 Fleet Center 8th Fl, Providence, RI 02903.