# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

***UNITED STATES OF AMERICA***

***v.*** ***CR05-83ML***

***JOHN BARNES***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendant's Motion for Reconsideration of Bail

***PLACE:*** *U.S. District Court*
*Courtroom A - Room 224*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

***DATE:*** ***SEPTEMBER 16, 2005***

***TIME:*** ***10:30 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: September 14, 2005

**NOTICE SENT TO:** **COOPER, ROGERS, PROBATION**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.