**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-83ML** **DATE: September 16, 2005**

**TITLE: USA v. JOHN BARNES**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
David Cooper, Esq.
Maureen Bradley, Pretrial Services

**PROCEEDINGS:**

Defendant's Motion for Reconsideration of Bail:

Attorneys argue.

**RULING:**

Court takes under advisement.
Order to follow.