**IN THE DISTRICT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO.: 05-083ML** |
| | : | |
| **JOHN BARNES** | : | |

**MOTION TO WITHDRAW**

Now comes attorney David A. Cooper, attorney of record for John Barnes and moves this court for permission to withdraw from the case. The attorney represents that there has been a break down in communication in the attorney-client relationship. The attorney of record believes that his hands have been tied and that certain memorandums of law with affidavits prepared for Frank's Hearing have not been filed because the client has been indecisive concerning whether he wants to proceed to trial or plea guilty to the charge. The attorney of record has spent more than 15 hours of viewing the plea agreement and trying to get a decision from the defendant as to whether he wishes to go to trial or plea guilty and has been unsuccessful. The defendant's indecisiveness has been based in part on outside influences from his family that have interfered with the attorney-client relationship; often times giving him contrary advise.

The defense counselor has prepared certain pleadings to be filed that have not been filed because of the indecisiveness of the defendant as to whether or not he wishes to proceed the trial. Defense counselor was advised on September 27, 2005, at the courthouse steps, by the girlfriend and later the aunt that the defendant did not wish to plea and that I was to advise the defendant that his mother was seeking new counsel to represent him. In light of the numerous parties having input in the disposition of the case,

it has become impossible to represent John Barnes and defense attorney requests the court's permission to withdraw. Defendant, John Barnes, assents to defense counsel's request to withdraw from the case and requests additional time to retain new counsel.

Respectfully submitted,
John Barnes
By his Attorney

David A. Cooper, Esq. (Bar #1981)
127 Dorrance St., 2nd Fl.
Providence, RI 02903
Phone: (401) 273-1880
Fax: (401) 331-2336

## CERTIFICATION

I hereby certify I mailed a true and accurate copy of the within motion on the 28th day of September, 2005 to Mary Rogers, Assistant U.S. Attorney, United States Attorney District of Rhode Island, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903 and U.S. District Court, 1 Exchange Terrace, Providence, RI 02903.