AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

United States
vs
John Barnes

## APPEARANCE

CASE NUMBER: CR 05-83ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Barnes

10/17/05
Date

Thomas F C
Signature

Thomas F Connors 2108
Print Name

454 Broadway
Address

Prov RI 02909
City State Zip Code

751-3910
Phone Number