UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OCT 17 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | C.R. NO.: 05-83-ML |
| JOHN BARNES | : | |

DEFENDANT'S MOTION FOR A CONTINUANCE

Now comes the Defendant, John Barnes, by and through Counsel, who hereby requests a reasonable continuance of his upcoming Jury Empanelment and Trial.

Defendant's relationship with prior Counsel has been irretrievably broken and new Counsel very recently retained. Counsel needs a reasonable continuance to file Motions and familiarize themselves with the facts of the case and interview witnesses.

WHEREFORE, Defendant requests that this Honorable Court grant a reasonable continuance.

Defendant,
By his Attorney,

Joseph J. Voccola. Esq., #4132
454 Broadway
Providence, RI 02909
Phone (401) 751-3900
Fax (401) 751-8983

Thomas F. Connors, Esq., #2108
454 Broadway
Providence, RI 02909
Phone (401) 751-3900
Fax (401)751-8983

Granted. Jury empanelment is scheduled for 11/15/05.
Mary M. Lisi
USDJ 10/18/05

## CETIFICATION

I hereby certify that a copy of the within Motion was hand-delivered to Mary E. Rogers, Assistant US Attorney, 50 Fleet Center 8th floor, Providence, RI 02903 on this _____ day of October 17, 2005.

_______________________________