UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.R: **05-83ML**
:
**JOHN BARNES** :

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

Gerard B Sullivan Date: Oct. 28, 2005
Signature of AUSA

Gerard B Sullivan
Printed Name of AUSA

FOR THE DEFENDANT:

Thomas F Connors Date: 10/27/05
Signature of Defense Attorney

THOMAS F CONNORS
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

J Barnes Date: 10/27/05
Signature of Defendant

John Barnes
Printed Name of Defendant