AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 05-83ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John Barnes

11-3-05

*Date*

*Signature*

Joseph J. Voccola, Esq.

*Print Name*

454 Broadway

*Address*

Providence, RI 02909

*City* *State* *Zip Code*

(401) 751-3900

*Phone Number*