IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 05-083ML |
| | : | |
| | : | Violation of 21 U.S.C. § 851 |
| v. | : | |
| | : | |
| | : | |
| JOHN BARNES | : | |

**INFORMATION CHARGING PRIOR CONVICTIONS**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, JOHN BARNES, who was charged by the United States Grand Jury in the District of Rhode Island on the 6th day of July, 2005 in Count 1 of an indictment with conspiracy to possess with intent to distribute fifty grams or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(a)(1)&(b)(1)(A), of having been previously convicted of a felony drug offense as described below:

1. On or about June 19, 1995, JOHN BARNES, was convicted in Providence County (Rhode Island) Superior Court (case number P2-1995-1422A) of possession of a controlled substance, a felony drug offense under state law, and was sentenced to a term of two years probation.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant JOHN BARNES, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars and a term of imprisonment of not less than twenty years and not more than life

imprisonment on Count 1 of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that on the 15th day of November, 2005, a copy of the within "Information Charging Prior Convictions" was mailed, postage prepaid, to Joseph Vocolla, Esq., 454 Broadway, Providence, RI 02909.

Paula Harvey