AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. JOHN BARNES

CASE NUMBER: CR05-083ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Mary E. Rogers | Joseph J. Voccola; Thomas F. Connors |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/29/2005 to 12/2/2005 | Karen Zinni | John Duhamel |

11.29.05

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-1 ALBERT FAELLA |
| 1 | | 11.29.05 | | ✓ | photo of front door - 91 What Cheer Ave. |
| 2 | | " | | ✓ | photo of side door - 91 What Cheer Ave. |
| 3 | | " | | ✓ | photo of water heater + crack cocaine |
| 4 | | " | | ✓ | photo of water heater + crack cocaine |
| 5 | | " | | ✓ | photo of water heater - distance |
| 6 | | " | | ✓ | photo of table w. Calculator + scale |
| 7 | | " | | ✓ | photo of bag of baking soda box |
| 10 | | " | ✓ | ✓ | Bag of crack cocaine |
| 17 | | " | | ✓ | red plastic dish |
| | F | " | | ✓ | "Return of Service" signed by Faella |
| → | | | | | W-2 MICHAEL LANGLOIS |
| 26 | | 11.29.05 | ✓ | ✓ 11/30/05 | COX COMMUNICATIONS BILL 8.20.04 |
| → | | | | | W-3 MICHAEL LIBERTO |
| 11 | | 11.29.05 | | ✓ | 16 small bags of crack cocaine |
| 12 | | " | | ✓ | Bags of cocaine powder (2 bags) |
| 14 | | " | | ✓ | Cocaine powder - (2 bags) |
| | | | | | |
| → | | | | | W-4 ALAN ROSS |
| 8 | | 11.30.05 | | ✓ | photo of cocaine in kitchen cabinet |
| → | | | | | W-5 NICHOLAS LUDOVICI |
| 19 | | 11.30.05 | | ✓ | Calculator |

11.30.05

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA V. JOHN BARNES

CASE NUMBER: CR05-083ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 11-30-05 | | ✓ | Glad bags |
| 20 | | " | | ✓ | Spoon |
| 16 | | " | | ✓ | digital scale |
| 22 | | " | | ✓ | photo of John Barnes |
| 25 | | " | | ✓ | Macy's bills in name of John Barnes |
| 27 | | " | | ✓ | Sales receipt in name of John Barnes |
| 28 | | " | | ✓ | Sears Sales receipt |
| 21 | | " | | ✓ | yellow bagging material |
| | C | " | | ✓ | Mass. Registry of Motor Vehicles form |
| | D | " | | ✓ | Multiple documents re: home purchase |
| | A | " | | ✓ | Invoices - "Driver's Seat" store - 5 pages |
| | B | " | | ✓ | Document: "Edelbrock Pro-Flo EFI Systems" |
| | E | " | | ✓ | photo of unidentified male at 91 West Glen Ave |
| → | | | | | W-6 JAMES AMODEI |
| 29 | | 11-30-05 | ✓ | ✓ | Gum foil containing rocky-like substance (cocaine & its salts) |
| → | | | | | W-7 PAUL BREAULT |
| → | | | | | W-8 ROBERT YEKELCHIK |
| | 9 | 11-30-05 | ✓ | | photo of Jewelry on kitchen table |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |