**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 05-083ML

JOHN BARNES

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits:**

**#1 through #9;**

**#10: Crack cocaine - in plastic bag - 789.17 grams**

**#11: Crack cocaine - in plastic bag - 102.74 grams**

**#12: Cocaine powder - in plastic bag - 42.83 grams**

**#14: Cocaine powder - in plastic bag - 108.31 grams**

**#16 through 22; #25 through 28**

**#29: gum foil wrapper containing rocky-like substance determined to be cocaine and/or its salts**

**Defendant's Exhibits:**

**A through F (original documents - in custody of govt agent)**

Received by: ____________________

Date: 12.2.2005

____________________
Deputy Clerk