UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 05-083ML |
| VS. | : | |
| | : | |
| JOHN BARNES | : | |

MOTION FOR DISCLOSURE OF RULE 404 (b) EVIDENCE

COMES NOW the defendant, JOHN BARNES and moves this court for entry of an order requiring the government to disclose whether or not it intends to seek to prove or establish any alleged "bad acts" or "similar course of conduct" by the Defendant which was not charged in the indictment, and if so, then this Court should require the government to disclose the names and addresses of said witnesses and any other proof it intends to offer as well as the acts or similar conduct alleged. This court has inherent authority to administer justice and to see that justice is done. Under that authority, this court is empowered to order the government to indicate whether or not it intends to prove any "bad acts" of the Defendant in accordance with rule 404 (b) of the Federal Rules of Evidence and to reveal them to the Defendant far enough in advance of the trial for the Defendant to be adequately prepared.

WHEREFORE, the premises considered and such other matters as may become evident at a hearing hereon, Defendant requests this court to grant this motion and such further relief as in the cause may be deemed just.

By His Attorneys

Joseph J. Voccola, Esq. (#4132)
454 Broadway
Providence, RI 02909
(401) 751-3900

Thomas F. Connors, Esq. (#2108)
454 Broadway
Providence, RI 02909
(401) 751-3900

CERTIFICATION

I hereby certify that a copy of the within Motion for 404 (b) Evidence was hand delivered to Mary Rogers, Assistant United States Attorney, 50 Fleet Center, 8th floor, Providence, Rhode Island 02903 17th day of January, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 05-083ML |
| VS. | : | |
| | : | |
| JOHN BARNES | : | |

MEMORANDUM IN SUPPORT OF MOTION
FOR DISCLOSURE OF 404 (b) EVIDENCE

In support of his Motion the Defendant states the following:

1. Defendant has a Constitutional right to prepare a defense.

**Powell V Alabama,** 287 U.S. 45 (1932).

2. The Defendant has the right to the informed considered deliberation of his counsel. **Coles v Payton,** 398 F. 2d 224 (4th Cir. 1968).

3. The Defendant has to be given time to adequately prepare his defense and it is inappropriate for the government to try and sand bag the Defendant at the last minute. **United States v. Holmes,** 722 F. 2d 37 (4th Cir. 1983).

4. By granting this Motion, the Court will allow the Defendant to adequately prepare his defense.

By his Attorneys

Joseph J. Voccola, Esq. #4132
454 Broadway
Providence, RI 02909
401-751-3900

Thomas F. Connors, Esq. #2108
454 Broadway
Providence, RI 02909
401-751-3900

CERTIFICATION

I hereby certify that a true copy of the within Memorandum in Support of Motion For Disclosure of 404 (b) Evidence was hand delivered to Mary Rogers, Assistant United States Attorney, 50 Fleet Center, 8th floor, Providence, RI 02903 this 17th day of January, 2006.