IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 05-083ML
)
JOHN BARNES )

**GOVERNMENT'S OBJECTION TO**
**DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorneys, and hereby objects to the Defendant's Motion For Disclosure of Rule 404(b) Evidence as the Motion is Out of Time and for the reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 19th day of January, 2006, I mailed a true copy of the within Government's Objection to Defendant's Motion For Disclosure of 404(b) Evidence and supporting Memorandum, postage prepaid, to:

Joseph Vocolla, Esq.
454 Broadway
Providence, RI 02909

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR-05-083ML |
| JOHN BARNES | : | |

GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE

## I. INTRODUCTION

The Defendant filed his Motion For Disclosure of Rule 404(b) Evidence on January 17, 2006, the day of jury impanelment. The Court's original deadline for filing of pre trial motions in this case was set for August 11, 2005, with all responses due by August 22, 2005. Defendant filed two motions to enlarge this time, both of which were granted by the Court. The first order was granted on August 17, 2005, granting an additional 10 days and the second was granted on September 6, 2005, granting an additional 10 days. Defendant filed a motion to suppress evidence and a motion requesting a Franks hearing on August 26, 2005. On October 17, 2005, Defendant filed a motion for a continuance and as grounds stated that he was retaining new counsel. New counsel filed a second motion for a Franks hearing that was denied after hearing by this Court on November 7, 2005. This case was tried before a jury on November 29th and 30th of 2005 and ended in a mistrial on December 2, 2005.

## III. ARGUMENT

The Defendant's motion was filed out of time. The Defendant did not file such a motion prior to the commencement of the first trial, and has waited until the jury impanelment of the

retrial before filing this motion for the first time. Any evidentiary issues may be addressed by the Court during the trial. The Defendant's motion should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

CERTIFICATION

I, the undersigned, do hereby certify that on this, the 19th day of January, 2006, I mailed a true copy of the within Government's Objection to Defendant's Motion For Disclosure of 404(b) Evidence and supporting Memorandum, postage prepaid, to:

Joseph Vocolla, Esq.
454 Broadway
Providence, RI 02909