AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 05-083ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JOHN Barnes

January 23, 2006
Date

John F. Lusi
Signature

John F. Lusi
Print Name

29 Okie Street
Address

Providence RI 02908
City State Zip Code

(401) 255-6714
Phone Number