UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-083ML

JOHN BARNES

VERDICT FORM

1. As to Count One of the indictment (possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base), we, the jury, find the defendant, John Barnes:

NOT GUILTY ____ GUILTY ✓

*Please proceed to question 2.*

2. As to Count Two of the indictment (possession with intent to distribute a mixture or substance containing a detectable amount of cocaine), we, the jury, find the defendant, John Barnes:

NOT GUILTY ____ GUILTY ✓

*Please sign and date this form and return your verdict.*

[redacted]
Signature of Foreperson

1/26/06
Date