AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
John Barnes

## EXHIBIT AND WITNESS LIST

Case Number: CR 05-083ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY John F. Luse |
|---|---|---|
| Mary M. Lisi | AUSA Mary E. Rogers | Joseph J. Voccola; Thomas F. Connors |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/24/2006 to 1/26 /2006 | Karen Zinni | John Duhamel |

| Govt. PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| → | | → | | | W-1 Albert Faella |
| 1 | | 1.24.06 | | ✓ | photo - 91 Whitcheer Ave. |
| 2 | | " | | ✓ | photo - 91 Whitcheer Ave. |
| 3 | | " | | ✓ | photo - water heater |
| 4 | | " | | ✓ | photo - water heater |
| 5 | | " | | ✓ | photo - water heater |
| 6 | | " | | ✓ | photo - table |
| 7 | | " | | ✓ | photo - baking soda box |
| 8 | | " | | ✓ | photo - cocaine |
| 9 | | " | | ✓ | photo - Jewelry |
| 10 | | " | | ✓ | bagged crack cocaine |
| 11 | | " | | ✓ | bagged crack cocaine |
| 14 | | " | | ✓ | bagged cocaine powder |
| 12 | | " | | ✓ | bagged cocaine powder |
| 29 | | " | | ✓ | foil wrapped cocaine base |
| | A | " | ✓ | | Return of Service signed by A. Faella |
| 18 | | " | | ✓ | GLAD baggies |
| 19 | | " | | ✓ | Calculator |
| 20 | | " | | ✓ | Spoon |
| 16 | | " | | ✓ | digital scale |
| 17 | | " | | ✓ | red plastic dish |
| 21 | | " | | ✓ | yellow bagging material |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | John Barnes | CASE NO. CR 05-083ML |
|---|---|---|---|

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 1·24·06 | | ✓ | photo – John Barnes |
| 26 | | " | | ✓ | "Cox Communications" bill |
| 25 | | " | | ✓ | Macy's bill |
| 27 | | " | | ✓ | sales receipt – John Barnes |
| 28 | | " | | ✓ | sales receipt – John Barnes |
| → | → | → | → | | W-2 MICHAEL LANGLOIS |
| → | → | → | → | | W-3 MICHAEL LIBERTO |
| → | → | → | → | | W-4 ALAN ROSS |
| | | | | | |
| 1/25/06 → | → | → | → | | W-5 CHRISTOPHER CORREIA |
| 30 | | 1·25·06 | ✓ | | Johnston Police Dept report – ~~CORREIA~~ |
| → | → | → | → | | W-6 PAUL BREAULT |
| → | → | → | → | | W-7 JAMES AMODEI |
| → | → | → | → | | W-8 ROBERT YEKELCHIK |
| 31 | | 1·25·06 | | ✓ | Jewelry in plastic bag |
| → | → | → | → | | W-9 NICHOLAS LUDOVICI |
| → | → | → | → | | W-10 DAVID DECESARE |
| 1/26/05 | B | 1·26·06 | | ✓ | "EDELBROCK PRO-FLO EFI SYSTEMS" CARD |
| | C | " | | ✓ | Mass. Registry of Motor Vehicles form |
| | D | " | | ✓ | occupancy forms |
| | E | " | | ✓ | photo of unidentified male |
| | H | " | | ✓ | "Drivers Seat" invoices |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |