UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-083ML

JOHN BARNES

ORDER

Upon oral motion by the government at completion of jury trial in this matter, the Court GRANTS the government's motion to retain custody of the following trial exhibits:

**EXH #10:** **Crack cocaine - in plastic bag - 789.17 grams**
**EXH #11:** **Crack cocaine - in plastic bag - 102.74 grams**
**EXH #12:** **Cocaine powder - in plastic bag - 42.83 grams**
**EXH #14:** **Cocaine powder - in plastic bag - 108.31 grams**
**EXH #29:** **Foil wrapper containing cocaine base**

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge

Date: **January 26, 2006**