**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 05-083ML

JOHN BARNES

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits:** **(re: Jury Trial, January, 2006)**

**#10:** **Crack cocaine - in plastic bag - 789.17 grams**

**#11:** **Crack cocaine - in plastic bag - 102.74 grams**

**#12:** **Cocaine powder - in plastic bag - 42.83 grams**

**#14:** **Cocaine powder - in plastic bag - 108.31 grams**

**#29:** **Foil wrapper containing cocaine base**

Received by: [signature]

Date: 2-3-06

[signature]
Deputy Clerk