**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| -vs- | : | Crim. No. CR05-00083-001 ML |
| JOHN BARNES, | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

I hereby claim an appeal from my conviction to the First Circuit Court of Appeals.

John Barnes
John Barnes
Pro-se