UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 08 2006
Property of U.S. District Court
District of Rhode Island

DAVID A. DIMARZIO
CLERK OF COURT

August 29, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-083ML
USA v. John Barnes

CCA# 06-2268

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. 5 original transcripts (Doc. Nos. 43, 44, 48, 55, 58)**
**J&C's Statement of Reasons [sealed]; PSR [sealed]**
**Certified docket**