UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 05-083ML |
| | : | |
| JOHN BARNES | : | |

MOTION TO WITHDRAW

Now comes Counsel for the Defendant, Joseph J. Voccola, Esq., and respectfully requests that he be allowed to withdraw as counsel for the above-captioned Defendant.

**WHEREFORE**, Counsel for the Defendant prays that his Motion to Withdraw be granted.

/s/ Thomas F. Connors
Joseph J. Voccola (Bar#4132)
Thomas F. Connors (Bar #2108)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (fax.)
haddasha@joevoccolalawoffices.com