UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 05-083ML |
| | : | |
| JOHN BARNES | : | |

MOTION TO WITHDRAW

Now comes Counsel for the Defendant, John Barnes, and respectfully requests that he be allowed to withdraw as counsel for the above-captioned Defendant.

**WHEREFORE**, Counsel for the Defendant prays that his Motion to Withdraw be granted.

/s/ Thomas F. Connors
Joseph J. Voccola (Bar#4132)
Thomas F. Connors (Bar #2108)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (fax.)
haddasha@joevoccolalawoffices.com

CERTIFICATION

I hereby certify that a true copy of the within Motion to Withdraw was hand-delivered to Mary E. Rogers Esq., Assistant US Attorney, 50 Kennedy Plaza Providence, RI 02903 and was submitted through Electronic Case Filing on this 18th of September 2006.

/s/ Thomas F. Connors
Thomas F. Connors, Esq. (Bar #2108)
Joseph J. Voccola, Esq. (Bar #4132)
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (fax.)
Haddasha@joevoccolalawoffices.com