UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | C.R.NO.: 05-83 ML |
| | : | |
| JOHN BARNES | : | |

**JOHN F.LUSI's MOTION TO WITHDRAW**

Now comes Counsel, John F. Lusi, for the Defendant, John Barnes, and moves this Honorable Court to allow that he withdraw as counsel for John Barnes.

WHEREFORE, Counsel prays that this Motion to Withdraw be granted.

John F. Lusi
Attorney at Law
29 Okie Street
Providence RI 02908
Tel 401.632-0161
Fax 401.632-0589
jlusi@cox.net

**Dated and Filed: Wednesday October 4, 2006**

CERTIFICATION OF SERVICE

I hereby certify that on the fourth day of October 2006 I served by first class mail, postage prepaid, a true copy of the within motion to withdraw to Assistant United States Attorney Mary E. Rogers, 50 Kennedy Plaza Providence RI 02903.