Case 1:05-cr-00083-ML-LDA Page 1of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** : **C.R. NO.: 05-083ML**
**VS** :
**JOHN BARNES** :

**MOTION FOR COUNSEL**

Now comes John Barnes, respectfully requesting to seek counsel for the above – captioned case.

**WHEREFORE,** John Barnes the defendant prays that this motion to seek counsel is granted.

John Barnes
950 High Street
Central Falls, RI 02863
401-944-3439
617-312-0530

Case 1:05-cr-00083-ML-LDA Page 2 of 2

I hereby certify that a true copy of the within Motion to seek counsel was mailed certified returned to Mary E. Rogers Esq., Assistant US Attorney, 50 Kennedy Plaza Providence, RI 02903 and was submitted through the United States Post Office on October 5, 2006.

John Barnes
950 High Street
Central Falls, RI 02863
401-944-3439
617-312-0530

Cc: L.Barnes