**ROBINSON & BRANDT, P.S.C.**
Attorneys and Counselors at Law
OFFICES IN KENTUCKY AND OHIO

PLEASE RESPOND TO US AT
11331 Grooms Road
Suite 3000
Cincinnati, Ohio 45242

Matthew M. Robinson, Esq.*
Jeffrey M. Brandt, Esq.+

Voice (513) 381-8033
Facsimile (513) 381-8043

CR 05-83ML

October 10, 2006

John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: *United States of America v. John Barnes*, First Circuit App. No. 06-2268

Dear Sir or Madam:

Our office represents Defendant/Appellee John Barnes in the above-referenced matter. We have enclosed an original and one copy of the docketing statement along with its attachments, that include, an appearance form and two copies of the transcript order form for filing with the court.

Please file all documents with the court and return one file-stamped copy of the docketing statement and appearance form to our office in the self-addressed postage prepaid envelope enclosed for your convenience.

We appreciate your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Jeffrey M. Brandt, Esq.

JMB:bnk

Enclosures: as listed above, envelope

cc: Donald Lockhart, Esq.(w/encls., docketing statement, transcript order form)
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903

United States District Court of Rhode Island (w/encl., copy of transcript order form)
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903