05-83
USDC/RI.
Lisi, M.

# United States Court of Appeals
## For the First Circuit

---

No. 06-2268

UNITED STATES OF AMERICA,

Appellee,

v.

MANDATE

JOHN BARNES,

Defendant, Appellant.

---

**JUDGMENT**

Entered: June 27, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of conviction and sentence are affirmed.

By the Court:

Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/12/07

[cc: Mr. Brandt and Mr. Lockhart.]