**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 05-083ML

JOHN BARNES

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits re:** **NOVEMBER/DECEMBER, 2005 Jury Trial**

Received by: KER

Date: 7-19-07

Deputy Clerk