**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District OF RHODE ISLAND |
|---|---|
| Name (under which you were convicted): John Barnes | Docket or Case No.: 1:05 CR 00083-01 |
| Place of Confinement: F.C.I. - Fort Dix P.O. Box 2000, Fort Dix, N.J. 08640 | Prisoner No.: 05640-070 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) John Barnes |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED STATES DISTRICT COURT - DISTRICT OF RHODE ISLAND

   (b) Criminal docket or case number (if you know): 1:05 CR 00083-01 (ML)

2. (a) Date of the judgment of conviction (if you know): August 28, 2006

   (b) Date of sentencing: ______

3. Length of sentence: 240 Months

4. Nature of crime (all counts): 2 Counts: (i) Possession and intent to distribute 50 grams or more of cocaine base (18 U.S.C. §841(a)(1) & (b)(1)(A) ) and (ii) Possession and intent to distribute unspecified amount of cocaine (18 U.S.C. 841(a)(1) and (b)(1)(C).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ______

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒
8. Did you appeal from the judgment of conviction? Yes ☒ No ☐
9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES COURT OF APPEALS - 1st CIRCUIT
   (b) Docket or case number (if you know): 06-2268
   (c) Result: Appeal Denied
   (d) Date of result (if you know): June 27, 2007
   (e) Citation to the case (if you know): Not Known
   (f) Grounds raised: (1) Affidavit in Support of Search Warrant did not Constitute Probable Cause; (2) Evidence presented at trial not sufficient to support conviction; and (3) At sentencing, Court relied upon prior conviction not proven to jury beyond a reasonable doubt.
   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know):
   (2) Result:
   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

NOT APPLICABLE

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐ No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
    (2) Docket or case number (if you know):
    (3) Date of filing (if you know):

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

NOT APPLICABLE

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ____________

(8) Date of result (if you know): ____________

(b) If you filed any second motion, petition, or application, give the same information

(1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: ____________

(5) Grounds raised: ____________

NOT APPLICABLE

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ____________

(8) Date of result (if you know): ____________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______________________

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: VIOLATION OF DEFENDANT'S FOURTH AMENDMENT RIGHTS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Improprieties in the obtainment of the Search Warrant in this case caused an egregious violation of Defendant's fourth amendment rights against illegal search and seizure. The improprieties committed by the law enforcement officials in this case directly contravened all rule embodied policy designed to protect the integrity of the courts and to govern the conduct of law enforcement officers: both state and federal.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______________________

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________

Name and location of the court where the motion or petition was filed: ______________________

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

NOT APPLICABLE

**GROUND TWO:** VIOLATION OF DEFENDANTS SIXTH AMENDMENT RIGHTS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Failure by Defendant's trial counsel to investigate and bring forth improprieties in the process of the obtainment of the Search Warrant by the local law enforcement authorities involved in his case, constituted a clear violation of Defendant's Sixth Amendment right to effective assistance of counsel. Such failure on the part of defense counsel meets the "two-prong" standard set forth in Strickland v. Washington.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: NOT APPLICABLE

GROUND THREE: VIOLATION OF DEFENDANT's DUE PROCESS - FIFTH AND FOURTEENTH AMENDMENT RIGHTS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Failure by Defendant's trial counsel to move the Court for a full evidentiary hearing concerning the basic and fundamental improprieties committed by the law enforcement authorities in the obtainment and execution of the Search Warrant violated the Defendant's Fifth and Fourteenth Amendment rights against improper deprivation of Defendant's life, liberty and property rights without due process of law. The improprieties committed by the local law enforcement officials in this case shock the judicial conscience.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): ______

______

______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

______

______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

______

NOT APPLICABLE

______

______

**GROUND FOUR:** ______

______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______

______________________________________________

______________________________________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

______________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________

______________________________________________

______________________________________________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______

(b) At arraignment and plea: Christopher T. Millea, Esq., 146 Westminter St., [4th Fl.], Providence, RI., 02903 **Tel.** 401-223-1400

(c) At trial: Joseph J. Voccola, Thomas F. Connors, 454 Broadway, Providence R.I. 02909, Tel: (401) 751-3900

(d) At sentencing: Joseph J. Voccola, Thomas F. Connors 454 Broadway, Providence R.I. 02909, Tel: (401) 751-3900

(e) On appeal: Jeffrey M. Brandt, 11331 Grooms Road, Suite 3000, Cincinnati, OH 45242 (513) 381-8033

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

NOT APPLICABLE

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

NOT APPLICABLE

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate Defendant's Conviction and Sentence

or any other relief to which movant may be entitled.

N/A

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on June 23, 2008 (month, date, year).

Executed (signed) on June 23, 2008 (date).

Sworn to before me this

23 day of June 2008

NOTARY PUBLIC

Signature of Movant John Barnes
Pro-Se movant
Fed. No. 05640-070

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Sworn to and subscribed before me this 23 day of June 08

JOSE L. CUBBELO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

* * * *