UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN BARNES

vs. CR 05-83-01ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to " Motion to Vacate, Set Aside or Correct Sentence under § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before

**July 21, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
June 30, 2008

Entered as an Order of this Court on June 30 , 2008.

Barbara Barletta
Deputy Clerk